UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| Michael Duke Reeves, | : | |
| | : | Civil Action No. 15-2532(SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| Jeh J. Johnson, in his official capacity as Sec. of DHS et al. | : | |
| | : | |
| Defendants. | : | |

**CHESLER**, District Judge

This matter comes before the Court upon Plaintiff's submission of a civil rights complaint. Plaintiff recently filed an action containing civil rights claims and claims for habeas relief. See Petition, Reeves v. Johnson et al., 15cv1962(SRC)(ECF No. 1.) (D.N.J. March 13, 2015). The Court dismissed the habeas petition, and dismissed the civil rights claims without prejudice so they could be raised in a separate action. Order, Reeves, 15cv1962(SRC) (ECF No. 3.)

Plaintiff has now brought a separate civil rights action. However, believing his IFP application in the prior habeas action allowed him to proceed in forma pauperis in this civil

1

rights action, he has not filed the requisite application to proceed without prepayment of fees and costs (*in forma pauperis* or IFP application.) A filing fee or IFP application is required for each individual action. 28 U.S.C. § 1914(a); § 1915(a)(1). The filing fee for a civil complaint in this Court is $350.00, plus a $50.00 administrative fee. 28 U.S.C. § 1914(a). This case will be administratively terminated, and Plaintiff shall have thirty days from the date of this Order to reopen the case by submitting the filing fee or a properly completed IFP application.

IT IS, on this 21ST day of APRIL, 2015;

ORDERED that the Clerk shall administratively terminate this matter by making a new and separate entry reading, "CIVIL CASE TERMINATED." Such termination shall be subject to reopening in the event Plaintiff timely submits a properly executed IFP application; and no statement in the Memorandum and Order shall be construed as withdrawal of this Court's jurisdiction over this matter; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order upon Plaintiff by regular U.S. Mail, together with a blank form "Application to Proceed In Forma Pauperis Non-Prisoner"

STANLEY R. CHESLER
**United States District Judge**